### HARR v. STATE OF INDIANA.

[No. 0-523. Filed December 1, 1958.]

*William F. Harr, pro se.*

PER CURIAM.—Petitioner has filed petition for a belated appeal from the judgment of the Fayette Circuit Court convicting appellant of the crime of rape.

According to Burns' §9-3305 (1956 Replacement) petitions for belated appeals can only be considered by this court for good cause shown. *Kirkland* v. *State* (1956), 235 Ind. 450, 134 N. E. 2d 223.

From examination of appellant's petition there does not appear a prima facie showing of merit to his appeal, and the petition is therefore denied.

Petition denied.

NOTE.—Reported in 154 N. E. 2d 33.